

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE UNION SECURITY TRUST
FUND, UNION SECURITY PENSION FUND

Case No.

**Rule 7.1 Statement**

**Plaintiffs**

-v-

P.O.P. DISPLAYS, INC.; P.O.P. DISPLAYS,
INC. d/b/a DIAM USA a/k/a DIAM
INTERNATIONAL d/b/a HERITAGE
PARTNERS, LLC; HERITAGE PARTNERS,
LLC d/b/a DIAM INTERNATIONAL a/k/a
DIAM USA d/b/a P.O.P. DISPLAYS, INC.;
DIAM INTERNATIONAL a/k/a DIAM USA
d/b/a P.O.P. DISPLAYS, INC. d/b/a HERITAGE
PARTNERS, LLC; DIAM USA a/k/a DIAM
INTERNATIONAL d/b/a P.O.P. DISPLAYS,
INC. d/b/a HERITAGE PARTNERS, LLC,

**Defendant**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ___**Plaintiffs**___ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** June 4, 2007

S/Danielle M. Carney
**Signature of Attorney**