UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRUSTEES OF THE UNION SECURITY
TRUST FUND and UNION SECURITY          **CV-07-5784**
PENSION FUND

                                                     **VOLUNTARY NOTICE**
                    Plaintiffs,          **OF DISMISSAL**

                    -against-

P.O.P DISPLAYS, et. al.

                    Defendant.
-----------------------------------------------------------------x

       PLEASE TAKE NOTICE, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiff by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.

Dated: October 16, 2007, 2007
         Hempstead, New York

                                                      By:s/DMC7471_____
                                                 BARNES, IACCARINO, VIRGINIA,
                                                 AMBINDER & SHEPHERD, PLLC
                                                 Danielle M. Carney, Esq. (DMC7471)
                                                 Attorney for Plaintiff
                                                 3 Surrey Lane, Suite 200
                                                 Hempstead, NY 11550
                                                 (516) 483-2990