

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRUSTEES OF THE UNION SECURITY
TRUST FUND and UNION SECURITY         CV-07-5784
PENSION FUND
                                       **VOLUNTARY NOTICE**
                    Plaintiffs,        **OF DISMISSAL**

        -against-

P.O.P DISPLAYS, et. al.

                    Defendant.
-----------------------------------------------------------------x

    PLEASE TAKE NOTICE, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiff by the undersigned attorney of record hereby voluntarily dismisses the above entitled action.

Dated: October 16, 2007, 2007
       Hempstead, New York

                                        By:s/DMC7471
                                        BARNES, IACCARINO, VIRGINIA,
                                        AMBINDER & SHEPHERD, PLLC
                                        Danielle M. Carney, Esq. (DMC7471)
                                        Attorney for Plaintiff
                                        3 Surrey Lane, Suite 200
                                        Hempstead, NY 11550
                                        (516) 483-2990

SO ORDERED
*[signature]*
KENNETH M. KARAS U.S.D.J.
10/18/07

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```